

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 12, 2025**



**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **Cassendre Karmai Solis** | § | Case No. **25-20164-bwo7** |
| 5001 SW 55th | | |
| Amarillo, TX 79109 | § | Chapter 7 |
| Debtor. | § | |

### AGREED ORDER OF REDEMPTION

Upon the motion of CASSENDRE KARMAI SOLIS (the "Debtor") and agreement by Amarillo Federal Credit Union (ACFCU), the affected creditor, signing below, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor: year **2020,** make **Dodge** Model **Challenger, VIN #2C3CDZBT2LH134106.**

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such Property is exempt or has been abandoned by the estate.

1

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is **$21,000.00.**

**IT IS HEREBY ORDERED**, that the Debtor, **Cassendre Karmai Solis**, may redeem the subject property by paying to the Creditor, **ACFCU**, on or before the thirtieth (30th) day following entry of this Order the redemption amount. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

### End of Order ###

Agreed by:

/s/ Jason N. Allen
Jason N. Allen
THE SEMRAD LAW FIRM LLC
Texas State Bar No.: 24107689
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: 817.739.8403
Facsimile: 469.501.1015
jallen@semradlaw.com
**ATTORNEY FOR DEBTOR(S)**

_Christina Rumin_
Creditor
(ACFCU Federal Credit Union)

Copies to:

U.S. Trustee
Chapter 7 Trustee

Agreed Order of Redemption